■ SUSAN BLECHER et al., Respondents, v PAUL ACKERMAN, Appellant. [643 NYS2d 423]

The Supreme Court did not improvidently exercise its discretion in vacating the plaintiffs' default upon determining that the affidavit of merit submitted by the plaintiffs was sufficient (*see, Fidelity & Deposit Co. v Andersen & Co.,* 60 NY2d 693, 695). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.